UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **DIETRA SMITH** | **CIVIL ACTION NO. 15-2396** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **CHRIS AVERETTE, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

**JUDGMENT**

For the reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Monroe Warehouse Company's ("MWC") Motion for Summary Judgment [Doc. No. 15] is GRANTED IN PART and DENIED IN PART. To the extent that MWC moves for summary judgment on Plaintiff Dietra Smith's claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.,* the motion is GRANTED, and those claims against MWC are DISMISSED WITH PREJUDICE. To the extent that MWC moves for summary judgment on any state law claims against it, the motion is DENIED.

IT IS FURTHER ORDERED that this matter is hereby REMANDED to the Fourth Judicial District Court, Parish of Ouachita, State of Louisiana, for all further proceedings.

MONROE, LOUISIANA, this 20th day of October, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE